**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**VINCENT F. RIVERA**
      **Plaintiff,**

vs.                                        **CASE NO.: 5:09cv74/RH/MD**

**APALACHEE CORRECTIONAL
INSTITUTION,**
      **Defendant.**

_____

**O R D E R**

      This cause is before the court upon plaintiff's civil rights complaint (doc. 1) filed pursuant to 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis* (doc. 2).

      Plaintiff did not file his complaint on the required Northern District form. Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration a complaint under section 1983 unless the appropriate complaint form is completed. Thus, plaintiff must file his complaint on the form for use in section 1983 cases, even if he wants to attach separate pages explaining the facts that underlie the complaint. However, plaintiff should not file a memorandum of law or otherwise provide citations to statutes and cases, and he should not file exhibits as evidentiary support for his complaint. The court will notify plaintiff when memoranda and exhibits are necessary, such as prior to trial or in conjunction with a motion for summary judgment.

      Additionally, plaintiff did not file his application to proceed *in forma pauperis* on the required Northern District form. A complete application includes a motion with supporting affidavit, a prisoner consent form and a financial certificate with attachments (a printout of the transactions in plaintiff's inmate trust account for the past six months). The court will not process the complaint until all these forms are submitted.

Accordingly, it is ORDERED:

1. The clerk is directed to send plaintiff a § 1983 complaint form and a form application to proceed *in forma pauperis*. This case number shall be written on the forms.

2. Within **thirty (30) days** from the date of this order, plaintiff shall file an amended complaint using the court form. To amend his complaint, plaintiff should completely fill out a new civil rights complaint form, marking it **"Amended Complaint."** Plaintiff is advised that the amended complaint must contain **all** of plaintiff's allegations, and it should not in any way refer to the original complaint. Once an amended complaint is filed, all earlier complaints are disregarded. Local Rule 15.1, Northern District of Florida.

3. Within **the same time period**, plaintiff shall either submit payment in the amount of $350.00, or file a complete application to proceed *in forma pauperis*.

4. Plaintiff's failure to timely comply with the foregoing will result in a recommendation that this case be dismissed for failure to prosecute and to comply with an order of the court.

DONE AND ORDERED this 20th day of March, 2009.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 5:09cv74/RH/MD*